1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant JOSEPH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR 06-0164 MAG
                                  )
12              Plaintiff,        )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER TO CONTINUE STATUS**
13       v.                       )   **CONFERENCE**
                                  )
14 MALCOLM JOSEPH,                )
                                  )
15              Defendant.        )
                                  )
16

17       Having been arraigned on an information charging him with one count of misdemeanor

18 assault within the maritime and territorial jurisdiction of the United States, in violation of 18

19 U.S.C. § 113(a)(4), defendant Malcolm Joseph is scheduled to appear before this Court for a

20 status conference on March 29, 2006.

21       Due to an unanticipated trial-related obligation, defense counsel is unavailable on March

22 29, 2006. Due to the trial, defense counsel is unavailable all of next week. Accordingly, the

23 parties agree and stipulate that the status conference presently scheduled for Wednesday, March

24 29, 2006 shall be continued to Wednesday, April 12, 2006 at 9:30 AM.

25 / / /

26 / / /

1     As the charged offense is a Class B misdemeanor, there are no Speedy Trial Act issues at
2 this time. *See* 18 U.S.C. § 3172(2).
3     IT IS SO STIPULATED.
4 Dated: 3/28/06

                                      BARRY J. PORTMAN
                                      Federal Public Defender
                                      JOSH COHEN
                                      Assistant Federal Public Defender

Dated: 3/28/06

                                      KEVIN V. RYAN
                                      United States Attorney
                                      MANUEL ALVAREZ, JR.
                                      Law Clerk

**ORDER**

    For the reasons stated and for good cause shown, it is hereby ORDERED that the status conference presently scheduled for March 29, 2006 shall be continued to April 12, 2006 at 9:30 AM before the Honorable James Larson.

    IT IS SO ORDERED.

Dated: March 28, 2006

                                      BERNARD ZIMMERMAN
                                      UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Bernard Zimmerman* (stamp)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the following true copy of the **Stipulation and [Proposed} Order To Continue Status Conference,** concerning the case of <u>United States of America v. Malcolm Joseph,</u> CR 06-0164 MAG was filed dated March 28, 2006 and hand delivered to:

Case 3:06-cr-00164-MAG   Document 3   Filed 03/28/2006   Page 3 of 3

United States Attorney Office
450 Golden Gate Avenue, 11th Flr.
San Francisco, CA 94102
Attn: Derrick Owens

March 28, 2006

MICHAEL TARKINGTON