E-Filing

1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6488
7     Fax: (415) 436-7234
      derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )   No. CR 06-0164 MAG
                                       )
14       Plaintiff,                    )
                                       )   MOTION TO DISMISS INFORMATION
15    v.                               )
                                       )
16                                     )
   MALCOLM JOSEPH                      )
17                                     )
                                       )
18       Defendant.                    )
                                       )
19
      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court
20
   endorsed herein, the United States Attorney for the Northern District of California hereby
21
   dismisses the above Information without prejudice against the defendant, Malcolm Joseph.
22

23 DATED: 6/1/06                              Respectfully submitted,
24
                                              KEVIN V. RYAN
25                                            United States Attorney

26
                                              _____
27                                            DEREK R. OWENS
                                              Special Assistant United States Attorney
28 //

NOTICE OF DISMISSAL
CR 06-0164 MAG

1  Leave is granted to the government to dismiss the information without prejudice.

2

3  DATED: ___6-1-06___

                                          JAMES LARSON
4                                            United States Magistrate Judge

NOTICE OF DISMISSAL
CR 06-0164 MAG